# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUSTIN ZAMBROWSKI and RACHAEL WASSERBURGER<br><br>    Defendant. | 8:19CR167<br><br>ORDER |

This matter is before the court on Defendant Wasserburger's unopposed Motion to Continue Trial [34]. The parties are seeking additional time to negotiate a plea agreement in this matter. For good cause shown,

**IT IS ORDERED** that Defendant Wasserburger's unopposed Motion to Continue Trial [34] is granted as follows:

1. The jury trial, **as to both defendants**, now set for October 1, 2019, is continued to **November 5, 2019**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 5, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 24th day of September 2019.

             BY THE COURT:

             s/Michael D. Nelson
             United States Magistrate Judge