# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:19CR167 |
| | ) | |
| vs. | ) | |
| | ) | |
| JUSTIN ZAMBROWSKI and RACHAEL WASSERBURGER, | ) ) ) | ORDER |
| Defendants. | ) | |

This matter is before the court on Defendant Wasserburger's unopposed Motion to Continue Trial [36] and Defendant Zambrowski's Unopposed Motion to Continue Trial [37]. Based on the reasons set forth in the defendants' motions, the court finds good cause has been shown and the motions should be granted. Accordingly,

**IT IS ORDERED** that the Defendants' Unopposed Motions to Continue Trial [36] and [37] are granted, as follows:

1. The jury trial, **as to both defendants**, now set for November 5, 2019, is continued to **February 4, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 4, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: November 1, 2019.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**